IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAYMOND JOHN FREITAS                                                              PLAINTIFF

vs.                                      Civil No. 2:11-cv-02058

MICHAEL J. ASTRUE                                                                 DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed on April 18, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. In that Report and Recommendation, Judge Bryant recommends this case be reversed and remanded for further development of the record. *Id.*

Neither Party has filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **REVERSED AND REMANDED** for further development of the record.

**IT IS SO ORDERED**, this 10th day of May 2012.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
U.S. DISTRICT JUDGE